**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JESSIE ADAMS,

      Plaintiff,

v.                                      Case No. 8:26-cv-68-TPB-SPF

SERGIO JIMENEZ,

      Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Sean P. Flynn, United States Magistrate Judge, entered on April 22, 2026. (Doc. 3). Judge Flynn recommends that Plaintiff's complaint (Doc. 1) be dismissed without leave to amend, and that the motion to proceed *in forma pauperis* (Doc. 2) be denied. No objection to the report and recommendation has been filed, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis,* 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright,* 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the

[report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Flynn's well-reasoned report and recommendation, the Court adopts the report and recommendation in full. The Court specifically notes its appreciation for Judge Flynn's thorough review of Plaintiff's litigation and filing history. Consequently, the complaint is dismissed with prejudice, without leave to amend. The motion to proceed *in forma pauperis* is denied.

In light of Plaintiff's filing history, the Court issues the following warning. **Plaintiff is warned that if she continues to file frivolous, abusive, or harassing cases of this nature in this District, she may be subject to sanctions pursuant to Federal Rule of Civil Procedure 11(c), including monetary sanctions or injunctive relief directing the Clerk to not accept future filings by Plaintiff without first obtaining prior leave of the Court.**

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)     Judge Flynn's report and recommendation (Doc. 3) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2)     The complaint (Doc. 1) is **DISMISSED**, without leave to amend.

(3)      The motion to proceed in forma pauperis (Doc. 2) is **DENIED**.

(4)      The Clerk is directed to terminate any pending motions and deadlines,

and thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 11th day of

May, 2026.

TOM BARBER
UNITED STATES DISTRICT JUDGE